JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 738 -- In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf of Mexico on October 27, 1985

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/07/09 | 1 | MOTION, BRIEF, SCHEDULE (A-1 thru A-27), cert. of service -- deft. Penrod Drilling Company -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF LOUISIANA; SUGGESTED TRANSFEREE JUDGE: HON. PETER BEER (cds) |
| 87/07/17 | 2 | LETTER SENT TO ALL COUNSEL REGARDING DISCREPANCIES IN MOVANT'S SCHEDULE -- Response time STAYED until new schedule filed with Panel (cds) |
| 87/07/17 | | APPEARANCES: CARROL L. SPELL, ESQ. for Rhonda Lege, et al.; ELTON F. DUNCAN, III, ESQ. for Penrod Drilling Co.; CHARLES R. TALLEY, ESQ. for Marathon LeTourneau Co.; JACK ALLBRITTON, ESQ. for Whittaker Corp.; RICHARD J. ARSENAULT, ESQ. for Jimmie Scales, Myrl Dance, et al., Cletis H. Vinson, et al., Lonnie Wedgeworth, et al., John J. Peppe, James Curry, et al., and Thomas Pyle; ROBERT HAIK, ESQ. for David Baker and John Russell; J. DANIEL PICOU, ESQ. for General Marine Catering Co., Inc. (cds) |
| 87/07/21 | | APPEARANCES: THOMAS WAGNER, ESQ. for Halliburton Services, Division of Halliburton Co.; REBEL RYLAND, ESQ. for James D. Huffman (cds) |
| 87/07/27 | | APPEARANCE: ROBERT S. REICH, ESQ. for Chevron U.S.A., Inc. (cds) |
| 87/07/28 | | APPEARANCES: MAT M. GRAY, III, ESQ. for Lloyd's of London; and VINCENT J. DESALVO, ESQ. for George Moulds, and Frederick W. Fortenberry, et al. (cds) |
| 87/08/07 | 3 | REVISED SCHEDULE A -- deft. Penrod Drilling Company -- w/cert. of service -- Notified involved counsel (cds) |
| 87/08/07 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON JULY 30, 1987 -- setting motion to transfer for hearing on September 16, 1987 in Philadelphia, PA (cds) |
| 87/08/07 | 4 | RESPONSE -- deft. Marathon LeTourneau Company -- w/cert. of service (cds) |
| 87/08/07 | 5 | RESPONSE -- Chevron U.S.A., Inc. -- w/cert. of service (cds) |
| 87/08/07 | 6 | RESPONSE -- pltfs. Jimmie L. Scales; Myrl G. Dance, et al.; Cletis H. Vincent, et al., Lonnie Wedgeworth, et al.; John J. Peppe; James R. Curry, et al., and Thomas S. Pyle -- w/cert. of service (cds) |
| 87/08/07 | 7 | RESPONSE -- pltfs. George Ellis Moulds; Frederick W. Fortenberry; and Detra F. Fortenberry -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 738 --

| Date | Pldg. | Pleading Description |
|---|---|---|
| 87/08/11 | | APPEARANCE: RANDY J. UNGAR, ESQ. for Joey Lofton, et al., Billy Holloway and David Leteff, et al. (rh) |
| 87/08/12 | 8 | RESPONSE -- (to pldg. #1) James D. Huffman -- w/cert. of svc. (rh) |
| 87/08/13 | 9 | RESPONSE, EXHIBITS -- pltf. James H. Rodrigues -- w/cert. of service (cds) |
| 87/08/17 | 10 | RESPONSE -- (to pldg. #1) Woodrow Wilson, Jr., et al. -- w/cert. of svc. (rh) |
| 87/08/17 | | APPEARANCE: J. WENDEL FUSILIER, ESQ. for Woodrow Wilson, Jr., et al. (rh) |
| 87/08/18 | 11 | RESPONSE -- (to pldg. #1) Clarence Durand, et al. -- w/memorandum and cert. of svc. (rh) |
| 87/08/21 | 12 | RESPONSE -- (to pldg. #1) Halliburton Services and Halliburton Company -- w/cert. of svc. (rh) |
| 87/08/24 | 13 | RESPONSE -- (to pldg. #1) David L. Baker and John D. Russell -- w/cert. of svc. (rh) |
| 87/08/24 | 14 | SUPPLEMENTAL RESPONSE TO PLDG. #13 -- David L. Baker and John D. Russell -- w/cert. of svc. (rh) |
| 87/08/24 | | APPEARANCE: PETER J. ABADIE, JR., ESQ. for Wilbur Lindell Ritz (rh) |
| 87/08/24 | 15 | RESPONSE -- (to pldg. #1) Wilbur Lindell Ritz -- w/cert. of svc. (rh) |
| 87/09/16 | | ALL WAIVED ORAL ARGUMENT (cds) |
| 87/09/16 | 16 | MOTION TO WITHDRAW ONE ACTION (from pldg. #1) -- A-3 James H. Rodrigues v. Penrod Drilling Company, et al., E.D. Texas, C.A. No. B-86-0297-CA -- W/Memorandum, Order and certificate of service. (paa) |
| 87/09/30 | | CONSENT OF TRANSFEREE DISTRICT (E.D. Louisiana) -- for assignment of litigation to Judge Beer (cds) |
| 87/09/30 | | TRANSFER ORDER -- transferring A-1 and A-2 to the Eastern District of Louisiana before the Honorable Peter Beer -- Notified involved judges, clerks, counsel and misc. recipients (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 738 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf of Mexico on October 27, 1985

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 16, 1987 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 9/30/87 | TO | Unpublished | E.D. Louisiana | Peter Beer | |

Special Transferee Information

DATE CLOSED: 7/7/88

9-30-87
7-7-88

JPML FORM 1

DOCKET NO. 738 -- 

LISTING OF INVOLVED ACTIONS

In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf of Mexico on October 27, 1985

Hon. Peter Beer
E.D. Louisiana

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Clarence Durand, et al. v. Penrod Drilling Company | La.,W. Shaw | 86-1674"O" | 9/30/87 | 87-4676"M" | 6/13/88D | |
| A-2 | George Ellis Moulds v. Penrod Drilling Company, et al. | La.,W. Shaw | 86-3529"O" | 9/30/87 | 87-4677"M" | 6/13/88D | |
| A-3 | James H. Rodrigues v. Penrod Drilling Company, et al. | Tex.,E. Fisher | B-86-0297-CA | | WITHDRAWN FROM MOTION | | |
| A-4 | Frederick W. Fortenberry v. Penrod Drilling Company, et al. | La.,E. Beer | 87-1212"M"(6) | | | 6/13/88D | |
| A-5 | Mrs. Lonny Wedgeworth v. Chevron U.S.A., Inc. | La.,E. Beer | 86-5083"M"(6) | | | 6/13/88D | |
| A-6 | Rhonda Doucet Lege, et al. v. Filco International, Inc., et al. | La.,E. Beer | 86-5322"M"(6) | | | 7/7/88 D | |
| A-7 | Michael R. Money v. Penrod Drilling Company, et al. | La.,E. Beer | 85-5083"M"(6) | | | 6/13/88D | |
| A-8 | John D. Russell v. General Marine Catering Company, Inc., et al. | La.,E. Beer | 86-0591"M"(6) | | | 6/13/88D | |
| A-9 | David L. Baker v. General Marine Catering Co., Inc., et al. | La.,E. Beer | 85-5279"M"(6) | | | 6/13/88D | |

DOCKET NO. 738 -- In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf of Mexico on October 27, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Kenneth L. Barr v. General Marine Catering Co., Inc., et al. | La.,E. Beer | 85-5497"M"(6) | | | 6/13/88 D | |
| A-11 | James R. Curry, et al. v. Penrod Drilling Company, et al. | La.,E. Beer | 86-1370"M"(6) | | | 6/13/88 D | |
| A-12 | John J. Peppe v. Penrod Drilling Company, et al. | La.,E. Beer | 86-1371"M"(6) | | | 6/13/88 D | |
| A-13 | Billy Holloway v. Penrod Drilling Company, et al. | La.,E. Beer | 86-2164"M"(6) | | | 6/13/88 D | |
| A-14 | Joey Lofton, et al. v. Penrod Drilling Company, et al. | La.,E. Beer | 86-2171"M"(6) | | | 6/13/88 D | |
| A-15 | Jimmie L. Scales v. Chevron U.S.A., Inc., et al. | La.,E. Beer | 86-2244"M"(6) | | | 6/13/88 D | |
| A-16 | Thomas S. Pyle v. Penrod Drilling Company, et al. | La.,E. Beer | 86-2268"M"(6) | | | 6/13/88 D | |
| A-17 | Myrl G. Dance, et al. v. Chevron U.S.A., Inc., et al. | La.,E. Beer | 86-2269"M"(6) | | | 6/13/88 D | |
| A-18 | Cletis H. Vinson, Jr., et al. v. Chevron U.S.A., Inc., et al. | La.,E. Beer | 86-2270"M"(6) | | | 6/13/88 D | |
| A-19 | Woodrow Wilson, Jr., et al. v. Chevron U.S.A., Inc., et al. | La.,E. Beer | 86-4682"M"(6) | | | 6/13/88 D | |

JPML FORM 1 -- Continuation  Case MDL No. 738   Document 1   Filed 06/12/15   Page 6 of 10     Listing of Involved Actions -- p. 3
In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf
of Mexico on October 27, 1985
DOCKET NO. 738 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | Rhonda Ducet Lege v. Whittaker Corp., et al. | La.,E. Beer | 86-4702"M"(6) | | | 11/18/87D | |
| A-21 | James D. Huffman v. Penrod Drilling Company, et al. | La.,E. Beer | 86-4695"M"(6) | | | 6/13/88D | |
| A-22 | David Leteff, et al. v. Penrod Drilling Company, et al. | La.,E. Beer | 86-1389"M"(6) | | | 6/13/88D | |
| A-23 | Lonny Wedgeworth, et al. v. Penrod Drilling Company | La.,E. Beer | 86-3976"M"(6) | | | 6/13/88D | |
| A-24 | Lonny Wedgeworth, et al. v. Chevron U.S.A., Inc., et al. | La.,E. Beer | 86-3979"M"(6) | | | 6/13/88D | |
| A-25 | Wilbur Lindell Ritz v. Penrod Drilling Co., et al. | La.,E. Beer | 87-1018"M"(6) | | | 6/13/88D | |
| A-26 | Detra F. Fortenberry v. Penrod Drilling Co., et al. | La.,E. Beer | 87-1489"M"(6) | | | 6/13/88D | |
| XYZ-27 | Woodrow Wilson, Jr., et al. v. Penrod Drilling Co. | La., E. | 87-301-M6 | | | 6/13/88D | |
| XYZ-28 | Tony L. Davis, et al. v. Penrod Drilling Co. et al. | La.,E. | 87-4781-M6 | | | 6/13/88D | |
| XYZ-29 | Chevron, U.S.A., Inc., et al. v. Marathon LeTourneau Co. | La.,E. | 86-4693-M6 | | | 6/13/88D | |
| XYZ-30 | Fredrick W. Fortenberty, et al. v. Marathon Le Tourneau Co. | La., E. | 87-3155-M | | | 6/13/88D | |
| XYZ-31 | Woodrow Wilson, Jr., et al. v. Chevron U.S.A., Inc. | La.,E. | 87-2277 | | | 6/13/88D | |

DOCKET NO. 738 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-32 | In the Matter of PENROD Drilling Co., as owner of Drilling Rig PENROD 61, In a Cause of Exoneration From, and/or Limitation of Liability | E.D.LA | 86-1789-SECTHMAG4 | | | 6/13/88 D | |

July 1988 — 2 TR / 29 X 42 / 30 ltg. / 1 Pldg.
July 1989 — 1 dis / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 738 -- In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf of Mexico on October 27, 1985

REVISED AUGUST 7, 1987

---

CLARENCE DURAND, ET AL. (A-1)
John T. Bennett, Esq.
Post Office Box 275
Marksville, LA  71351

GEORGE ELLIS MOULDS (A-2)
FREDERICK W. FORTENBERRY (A-4)
DETRA F. FORTENBERRY (A-26)
Vincent DeSalvo, Esq.
James A. George, Esq.
8110 Summa Avenue
Baton Rouge, LA  70809-3484

MRS. LONNY WEDGEWORTH (A-5, A-23, A-24)
JAMES R. CURRY, ET AL. (A-11)
JOHN J. PEPPE (A-12)
JIMMIE SCALES (A-15)
THOMAS S. PYLE (A-16)
MYRL G. DANCE, ET AL. (A-17)
CLETIS H. VINSON, JR., ET AL. (A-18)
Richard J. Arsenault, Esq.
Neblett, Beard & Arsenault
Post Office Box 1190
Alexandria, LA  71309-1190

RHONDA DOUCET LEGE, ET AL. (A-6, A-20)
Carrol L. Spell, Esq.
4010 West Congress, Suite 201
Lafayette, LA  70506

JAMES H. RODRIGUES (A-3) [crossed out]
(no appearance received)
Arthur Schechter, Esq.
Schechter & Eisenman
525 Webster
Houston, TX  77002
*Motion withdrawn*

---

TONY L. DAVIS (XYZ-28)
MICHAEL R. MONEY (A-7)
(no appearance received)
Robert M. Johnston, Esq.
650 Poydras Street
Suite 1915
New Orleans, LA  70130

KENNETH L. BARR (A-10)
(no appearance received)
Kernan A. Hand, Esq.
3436 Delaware Avenue
Kenner, LA  70065

JOHN D. RUSSELL (A-8)
DAVID L. BAKER (A-9)
Robert B. Haik, Esq.
Haik & Haik Law Offices
4616 Jefferson Highway
New Orleans, LA  70121

TONY DAVIS (XYZ-28)
BILLY HOLLOWAY (A-13)
JOEY LOFTON, ET AL. (A-14)
DAVID LETEFF, ET AL. (A-22)

Randy Ungar, Esq.
830 Royal Street
New Orleans, LA  70116

WOODROW WILSON, JR., ET AL. (A-19)

J. Wendel Fusilier, Esq.
305 West Magnolia
Post Office Drawer 528
Ville Platte, Louisiana  70586

JAMES D. HUFFMAN (A-21)
Rebel G. Ryland, Esq.
McKeithen, Wear, Ryland & Woodard
Post Office Box 1029
Columbia, LA  71418

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2
In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf
of Mexico on October 27, 1985

DOCKET NO. 738

---

WILBER LINDELL RITZ (A-25)
Peter J. Abadie, Jr., Esq.
210 Veterans Memorial Boulevard
Metairie, Louisiana 70005

J. RONALD DENMAN (Intervenor A-25)
J. Ronald Denman, Esq.
Post Office Box 6123
New Orleans, LA 70174

CHEVRON U.S.A., INC.
Robert S. Reich, Esq.
Terriberry Carroll & Yancey
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

FILCO INTERNATIONAL, INC.
(no appearance received)
Ralph E. Kraft, Esq.
Preis, Kraft, Laborde & Daigle
Post Office Drawer 94-C
Lafayette, LA 70509

GENERAL MARINE CATERING CO., INC.
J. Daniel Picou, Esq.
Bailey & Leininger
3445 N. Causeway Boulevard, Suite 801
Metairie, LA 70002

LLOYD'S OF LONDON
Mat Gray, III, Esq.
Faris, Ellis, Cutrone & Gilmore
1207 Whitney Bank Building
New Orleans, LA 70130

MARATHON LeTOURNEAU COMPANY
Charles R. Talley, Esq.
Lemle, Kelleher, Kohlmeyer,
  Dennnery, Hunley, Moss & Frilot
Pan-American Life Center
601 Poydras Street, Suite 2100
New Orleans, LA 70130

PENROD DRILLING COMPANY
Elton F. Duncan, III, Esq.
Abbott, Webb, Best & Meeks
400 Lafayette Street, Suite 200
New Orleans, LA 70130

WHITTAKER CORPORATION
Jack L. Allbritton, Esq.
Fulbright & Jaworski
1301 McKinney Street
Houston, TX 77010

HALLIBURTON SERVICES, DIVISION OF
HALLIBURTON COMPANY  (Intervenor)
Thomas J. Wagner, Esq.
Wagner & Bagot
336 Camp Street - Suite 250
New Orleans, LA 70130

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 738 -- In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf of Mexico on October 27, 1985

| Name of Party | Named as Party in Following Actions |
|---|---|
| Penrod Drilling Company (Inc.) | A-1, A-2, A-3, A-4, A-6, A-7, A-9, A-10, A-8, A-11, A-12, A-13, A-14, A-16, A-21, A-22, A-23, A-25, A-26 |
| Chevron U.S.A., Inc. | A-3, A-4, A-5, A-6, A-7, A-9, A-10, A-8, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-21, A-22, A-24, A-25, A-26 |
| General Marine Catering Co. | A-9, A-10, A-8 |
| Penrod Drilling Services | |
| Whittaker Corp. and | A-9, A-10, A-8, A-15, A-17, A-18, A-19, A-20, A-21, A-24, A-25 |
| Marathon Manufacturers and/or Marathon Letourneau | A-9, A-10, A-8, A-11, A-12, A-15, A-17, A-18, A-19, A-20, A-21, A-24, A-25 |
| Lloyd's of London | A-9, A-10, A-8, A-11, A-12, A-21, A-24, A-25 |
| PENROD RIG 61, in rem | A-21 |
| Filco International, Inc. | A-6 |
| Halliburton Services (Division of Halliburton Co.) (Intervenor) | |
| | |
| | |