JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP 30 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 738

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INCIDENT INVOLVING THE PENROD 60 AND PENROD 61 IN THE GULF OF MEXICO ON OCTOBER 27, 1985

TRANSFER ORDER*

This litigation presently consists of 25 actions pending in two federal districts: two actions in the Western District of Louisiana and 23 actions in the Eastern District of Louisiana.[1] Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Penrod Drilling Company to centralize the actions in this litigation in the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings. Defendant Chevron U.S.A. Inc. as well as defendant in a potential tag-along action support the motion. Plaintiffs in thirteen Eastern Louisiana actions and one Western Louisiana action along with one additional defendant do not oppose the motion. Plaintiffs in the other Western Louisiana action oppose inclusion of their action in any centralized pretrial proceedings in the Eastern District of Louisiana on the ground that their action states a relatively uncomplicated personal injury claim under the Jones Act and complex discovery will not be required.

On the basis of the papers filed,[2] the Panel finds that these 25 actions involve common questions of fact and that centralization under Section 1407 in the Eastern District of Louisiana will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions arise out of an incident involving two United States mobile offshore drilling units, PENROD 60 and PENROD 61, and share factual questions relating to

---

\* Judges Robert H. Schnacke and Fred Daugherty took no part in the decision of this matter.

[1] The motion before the Panel, as originally filed on July 9, 1987, also included one additional action, James H. Rodrigues v. Penrod Drilling Company, et al., E.D. Texas, C.A. No. B-86-0297-CA. On the day of the Panel hearing, movant requested that this action be withdrawn from consideration by the Panel in this docket in light of a stipulation signed by all parties to try this action in the Eastern District of Texas. This request was granted.

The Panel has been recently advised of a related action pending in the Southern District of Texas. This action as well as any other related actions will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

[2] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

1) the cause or causes of the collapse of PENROD 61 and the evacuation of both PENROD 60 and 61; and 2) the alleged liability of the various defendants for the resultant personal injuries and/or wrongful death. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We conclude that the Eastern District of Louisiana is the appropriate transferee forum because 1) a majority of the actions is pending there; 2) many witnesses and documents are located there or are within the subpoena power of the Eastern Louisiana court; and 3) all the Eastern Louisiana actions as well as Penrod's related action seeking exoneration and/or limitation of liability are currently pending before the Honorable Peter Beer, who has become familiar with the facts and issues involved in this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Western District of Louisiana be, and the same hereby are, transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Peter Beer for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-738 -- In re Incident Involving the PENROD 60 and PENROD 61 in the Gulf of Mexico on October 27, 1985

Western District of Louisiana

Clarence Durand, et al. v. Penrod Drilling Company, C.A. No. 86-1674"O"
George Ellis Moulds v. Penrod Drilling Company, et al., C.A. No. 86-3529"O"

Eastern District of Louisiana

Frederick W. Fortenberry v. Penrod Drilling Company, et al., C.A. No. 87-1212"M"(6)
Mrs. Lonny Wedgeworth v. Chevron U.S.A., Inc., C.A. No. 86-5083"M"(6)
Rhonda Doucet Lege, et al. v. Filco International, Inc., et al., C.A. No. 86-5322"M"(6)
Michael R. Money v. Penrod Drilling Company, et al., C.A. No. 85-5083"M"(6)
John D. Russell v. General Marine Catering Company, Inc., et al., C.A. No. 86-0591"M"(6)
David L. Baker v. General Marine Catering Co., Inc., et al., C.A. No. 85-5279"M"(6)
Kenneth L. Barr v. General Marine Catering Co., Inc., et al., C.A. No. 85-5497"M"(6)
James R. Curry, et al. v. Penrod Drilling Company, et al., C.A. No. 86-1370"M"(6)
John J. Peppe v. Penrod Drilling Company, et al., C.A. No. 86-1371"M"(6)
Billy Holloway v. Penrod Drilling Company, et al., C.A. No. 86-2164"M"(6)
Joey Lofton, et al. v. Penrod Drilling Company, et al., C.A. No. 86-2171"M"(6)
Jimmie L. Scales v. Chevron U.S.A., Inc., et al., C.A. No. 86-2244"M"(6)
Thomas S. Pyle v. Penrod Drilling Company, et al., C.A. No. 86-2268"M"(6)
Myrl G. Dance, et al. v. Chevron U.S.A., Inc., et al., C.A. No. 86-2269"M"(6)
Cletis H. Vinson, Jr., et al. v. Chevron U.S.A., Inc., et al., C.A. No. 86-2270"M"(6)
Woodrow Wilson, Jr., et al. v. Chevron U.S.A., Inc., et al., C.A. No. 86-4682"M"(6)
Rhonda Ducet Lege v. Whittaker Corp., et al., C.A. No. 86-4702"M"(6)
James D. Huffman v. Penrod Drilling Company, et al., C.A. No. 86-4695"M"(6)
David Leteff, et al. v. Penrod Drilling Company, et al., C.A. No. 86-1389"M"(6)
Lonny Wedgeworth, et al. v. Penrod Drilling Company, C.A. No. 86-3976"M"(6)
Lonny Wedgeworth, et al. v. Chevron U.S.A., Inc., et al., C.A. No. 86-3979"M"(6)
Wilbur Lindell Ritz v. Penrod Drilling Co., et al., C.A. No. 87-1018"M"(6)
Detra F. Fortenberry v. Penrod Drilling Co., et al., C.A. No. 87-1489"M"(6)